No. 00–5739. JOHNSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–5743. PHILPOT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5745. DOTSON v. DOW. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 00–5749. WISHNEFSKY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–5752. CARLSON v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5754. BROWN v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 00–5757. MOODY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 00–5761. WILLIAMS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–5763. WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5766. INMAN v. GALLESE. Sup. Ct. Fla. Certiorari denied.

No. 00–5768. GUNZL v. NEW CASTLE COUNTY ET AL. Sup. Ct. Del. Certiorari denied.

No. 00–5769. POTEETE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5771. FIELDS v. GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5772. HENRIQUEZ v. LUGO ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5773. MORGAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.